1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant ROYBAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0556 MHP |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | DEFENDANT ON SEPTEMBER 9, |
| CHARLES R. ROYBAL, | ) | 2006 |
| | ) | |
| Defendant. | ) | |

On July 31, 2006, Defendant Charles R. Royal was sentenced in the above-captioned matter on a supervised release violation to three months imprisonment. Because Mr. Roybal has been in continuous custody since June 12, 2006, his release date (properly calculated using 30 days as a standard month) is September 9, 2006. However, due to the short period of time since sentencing, Mr. Roybal has not yet been designated by the Bureau of Prisons. As a result, Mr. Roybal will not be timely released on September 9, 2006, absent action by the Court. Accordingly, the parties stipulate and jointly request that the Court order pursuant to 18 U.S.C. § 3583 that Defendant Charles R. Roybal be released from custody on September 9, 2006.

IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: 9/6/06

TRACIE BROWN
Assistant United States Attorney

DATED: 9/6/06

DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Charles Roybal

IT IS SO ORDERED pursuant to 18 U.S.C. § 3583 that Defendant Charles R. Roybal be released from custody on September 9, 2006.

DATED: September 8, 2006

MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & [PROP.] ORDER                         1